## HAYDEN v. THE WOODLAWN LUMBER CO.

(Decided November 28, 1916.  73 South. 1000.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

HALEY & HALEY, for appellants.  J. S. KENNEDY, for appellee.

Per Curiam.—Appeal dismissed by appellant.

———

## HOLLOWAY v. SKIPPER, ET AL.

(Decided November 16, 1916.  73 South. 1000.)

APPEAL from Houston Chancery Court.

Heard before Hon. OSCAR S. LEWIS.

FARMER & FARMER, for appellant.  No counsel marked for appellee.

Per Curiam.—Appeal dismissed by appellant.

———

## HOPKINS, ET AL. v. JORDAN.

(Decided February 1, 1917.  73 South. 1000.)

APPEAL from Elmore Circuit Court.

Heard before Hon. LEON McCORD.

FRANK W. LULL and T. G. HILYER, for appellant.  W. A. JORDAN and BALL & SAMFORD, for appellee.

Per Curiam.—Error confessed and cause reversed and remanded.

———

## HYCHE v. BOARD OF REVENUE OF JEFFERSON CO.

(Decided November 29, 1916.  73 South. 1000.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. C. B. SMITH.

No counsel marked for appellant.  W. K. TERRY, for appellee.

Per Curiam.—Affirmed on certificate.